# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3122

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Hyman Leville Steele, | * | [UNPUBLISHED] |
| also known as Hymie Steele, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted:  May 10, 2001
Filed:  May 15, 2001

_____

Before LOKEN, FAGG, and BYE, Circuit Judges.

_____

PER CURIAM.

Hyman Leville Steele pleaded guilty to conspiring to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. § 846. The district court,[1] using an unobjected-to drug quantity of at least 9.52 grams, sentenced Steele to 60 months imprisonment, the statutory minimum, see 21 U.S.C. § 841(b)(1)(B), and to 5 years supervised release. On appeal, Steele's counsel filed a brief under Anders v. California, 386 U.S. 738

---

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

(1967), arguing that Steele should have been held responsible for only 3-4 grams of cocaine base, and that his sentence violated <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000).

Steele's arguments are unpersuasive. Because his sentence does not exceed the 20-year statutory maximum prison term for a non-quantity-based drug offense, it does not violate <u>Apprendi</u>. <u>See</u> <u>United States v. Aguayo-Delgado</u>, 220 F.3d 926, 934 (8th Cir.), <u>cert. denied</u>, 121 S. Ct. 600 (2000). Further, in his plea agreement, Steele stipulated that he was responsible for 5-20 grams of cocaine base. <u>See</u> <u>United States v. Nguyen</u>, 46 F.3d 781, 783 (8th Cir. 1995).

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we affirm and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-